IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESERET GEBRE | : CIVIL ACTION |
| | : |
| v. | : NO. 24-987 |
| | : |
| PHILADELPHIA WORKS, INC. | : |

# ORDER

**AND NOW**, this 6th day of August 2024, upon considering Defendant's Motion for summary judgment (ECF No. 18), Plaintiff's Opposition (ECF No. 19), and for reasons in today's accompanying Memorandum finding judgment is warranted on the federal race discrimination claim as a matter of law and declining to further exercise supplemental jurisdiction over the remaining state law claims, it is **ORDERED** we **GRANT** Defendant's Motion (ECF No. 18) requiring we:

1. **Dismiss** Plaintiff's federal race discrimination claim with prejudice;

2. **Dismiss** Plaintiff's state law claims without prejudice to be timely renewed if possible as we decline to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c); and,

3. **Direct** the Clerk of Court **close** this case.

_____
KEARNEY, J.